Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Trimont Energy (NOW) LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | 23-11868 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BAYOU MARINE LLC 30446 HWY 23 BURAS, LA 70041 | | | | | | $146,400.00 |
| C-DIVE LLC PO BOX 2968 HOUMA, LA 70361 | | | | | | $137,116.00 |
| CORKERN CREWBOAT SERVICES INC PO BOX 1667 PONCHATOULA, LA 70454 | | | | | | $138,400.00 |
| EBI LIFTBOATS LLC 124 FINISH LINE LANE HOUMA, LA 70360 | | | | | | $138,166.95 |
| ENVIRONMENTAL SAFETY & HEALTH CONSULTING 2802 FLINTROCK TRACE B 104 LAKEWAY, TX 78737 | | | | | | $146,643.23 |
| FREESTONE-DRIVE I 701 FIFTH AVENUE 74th FL SEATTLE, WA 98104 | | | | | | $994,894.28 |
| GULF OFFSHORE RENTALS P.O. Box 80568 Lafayette, LA 70598 | | | | | | $58,789.42 |
| HERITAGE MARINE & SERVICES LLC 132 WEST 54TH STREET CUTOFF, LA 70345 | | | | | | $57,600.00 |

Debtor  Trimont Energy (NOW) LLC  
Name

Case number *(if known)* 23-11868

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JOHN W. STONE OIL DISTRIBUTORS LLC 1601 BELLE CHASSE HWY - 300 GRETNA, LA 70056 | | | | | | $77,226.45 |
| MANY EMAMZADEH 75 STANDISH BOULEVARD PITTSBURGH, PA 15228 | | | | | | $75,704.01 |
| PRESSURE & FLOW CONTROL SOLUTIONS LLC DBA PETROQUIP BELLE CHASSE, LA 70037 | | | | | | $124,943.36 |
| QUALITY PROCESS SERVICES, LLC P.O.BOX 3317 HOUMA, LA 70361 | | | | | | $424,686.60 |
| STEPHEN J. LEDET 208 RIENZI DRIVE THIBODAUX, LA 70301 | | | | | | $75,703.92 |
| TERREBONNE WIRELINE SERVICE INC PO BOX 176 BOURG, LA 70343 | | | | | | $106,115.00 |
| THE MCPHERSON COMPANIES INC MCPHERSON OIL TRUSSVILLE, AL 35173 | | | | | | $164,717.97 |
| THRU TUBING SYSTEMS, INC. 1806 B HIGHWAY 90 EAST NEW IBERIA, LA 70560 | | | | | | $150,557.50 |
| UNITED CONTROL SERVICES LLC 115 NORMAN DR LAFAYETTE, LA 70501 | | | | | | $93,435.14 |
| UNITED PRODUCTION & CONSTRUCTION SVCS IN 4110 COTEAU RD NEW IBERIA, LA 70560 | | | | | | $186,590.35 |

Debtor  Trimont Energy (NOW) LLC  
Name

Case number *(if known)*  23-11868

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| USA COMPRESSION PARTNERS LP  100 CONGRESS AVE STE 450  AUSTIN, TX 78701 | | | | | | $936,062.34 |
| WHITCO SUPPLY, LLC  200 NORTH MORGAN AVENUE  BROUSSARD, LA 70518 | | | | | | $171,602.92 |