UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | |
| Trimont Energy (NOW), LLC[1] | * | Chapter 11 Subchapter V |
| Debtor | * | Case No. 23-11868 |
| ************************************ | | |
| In re: | * | |
| Trimont Energy (GIB), LLC | * | Chapter 11 Subchapter V |
| Debtor | * | Case No. 23-11869 |
| ************************************ | | |

**OBJECTION TO PROOFS OF CLAIM NUMBERS 7 (Case No. 23-11868); and 6 (Case No. 23-11869) FILED BY FREESTONE DRIVE I, LLC**

**NOW INTO COURT**, through undersigned counsel, come Trimont Energy (NOW), LLC ("NOW") and Trimont Energy (GIB), LLC ("GIB" together, the "Debtors"), who file this objection with reservation of rights to the proofs of claim filed by Freestone Drive I, LLC ("Freestone") in the respective cases. Specifically, the Debtors object to Claim Numbers 7 in Case No. 23-11868 (the "NOW POC"); and 6 in Case No. 23-11869 (the "GIB POC") together, the "POCs").[2] First, the claims (including the claims filed in the other two related cases of Trimont Energy Limited, Inc. ("TEL") and Trimont Energy (GIB), LLC ("GIB")) are identical and are duplicative of one another. Second, the amount claimed in the POCs reflect claimed proceeds from production from wells that are not owned by NOW. One of the wells (Delta Well) is owned by GIB but Freestone has no interest in the well. As such Freestone has no claim to production proceeds against NOW

---

[1] Trimont Energy (NOW), LLC (#23-11868); Trimont Energy (GIB), LLC (#23-11869); Trimont Energy Limited, Inc. (#23-11872); and Whitney Oil & Gas, LLC (#23-11873) have moved for their bankruptcy cases for joint noticing procedures.
[2] Freestone also filed Claims Nos. 2 in Case No. 23-11872 (the "TEL POC"); and 50 in Case No. 11873 (the "Whitney POC."

{00381472-4}

and GIB. The only claims Freestone possesses are against Whitney in an amount to be determined. To be clear, no interest in any well bore was transferred to Freestone by NOW or GIB

## BACKGROUIND

1. On October 25, 2023 (the "SubV Petition Date"), NOW and GIB both filed petitions for relief in this Court under chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, *et seq.*) and elected to proceed under Subchapter V.

2. On October 26, 2023 (the "Chapter 11 Petition Date"), Trimont Energy Limited, Inc. ("TEL") and Whitney Oil & Gas, LLC ("Whitney") filed petitions for relief in this Court under chapter 11 of the Bankruptcy Code and did not elect to proceed under Subchapter V.

3. On January 5, 2024, Freestone filed identical POCs in all four cases, asserting a total claim of $5,658,530.42 in each of the four cases.

4. The POCs are comprised of the following:

   a. Production Proceeds totaling $2,256,741.04, with $85,573.50 being attributable to the "Delta Well" located in Garden Island Bay on State Lease 214, and the remaining coming from East Bay;

   b. Prepetition penalties and legal fees allegedly owed under a joint operating agreement signed by Whitney and Freestone totaling $287,612.65;

   c. An unstated amount for potential LOWLA claims by Freestone;

   d. An unstated amount for "all amounts owed" under the agreements between Freestone and Whitney;

   e. An unstated amount for obligations owed under the operating agreement with Whitney and all potential Plugging and Abandonment Obligations ("PnA Obligations");

{00381472-4}

    f. Payment allegedly made to Whitney for its interest in the Delta Well in Garden Island Bay, totaling $3,115,176.73, plus alleged recover for amounts paid for interests in the Alpha, Beta, Gamma, and Epsilon Wells (approximated total of $25,253,824.47); and

    g. An unstated amount for damages for all unconveyed well interests by Whitney.

5. Again the four POCs filed in each case all reflect the same amounts regardless of the case in which the individual POC was filed.

6. As it pertains to this case, the property from which the Freestone claims arise dates back to a June 2015 agreement[3] whereby ELP Oil & Gas, Inc. ("EPL Oil & Gas") attempted to transfer certain State and Federal Leases in East Bay field to NOW and Whitney. However, EPL Oil & Gas did not own the State Leases listed in the June 2015 Transfer. As such, it did not have the right to transfer them to either NOW or Whitney. The State Leases in the June 2015 agreement include the State Leases out of which Freestone's claim arises.

7. The lack of EPL Oil & Gas's interest in the State Leases is evidenced by a December 2015 agreement[4] whereby EPL of Louisiana, LLC ("EPL Louisiana") transferred the same State Leases listed in the June 2015 agreement *only to Whitney*.

8. The result of the above two transactions is that NOW owned only a ½ interest in the Federal Leases and Whitney owned a full interest in the State Leases and a ½ interest in the Federal Leases. NOW did not own any interest in the State Leases.

9. After filing the Chapter 11 cases by NOW, GIB, TEL, and Whitney counsel for the Debtors and counsel for Freestone met and discussed the ownership issue. Title work was undertaken by counsel for Freestone, which when reviewed and analyzed by counsel for the

---

[3] Attached hereto as **Exhibit 3**.
[4] Attached hereto as **Exhibit 4**.

{00381472-4}

Debtors, revealed that NOW owned no interest in the State East Bay Leases. The transfer by Whitney to Freestone of four well bores in East Bay transferred title to the interests articulated in the transfer documents to Freestone. It also, however, revealed that Whitney did not possess record title or for that matter any title to the well bore located in Garden Island Bay and allegedly transferred to Freestone. The transfers of the well bores was recorded in December of 2022.

10. That being said, when NOW originally filed its Schedules in its case (Case No. 23-11868), it was under the impression that it owned a ½ interest in both the Federal and State Leases. Given the revelations as to the title issues described above, NOW, in fact, only owns a ½ interest in the Federal Leases and no interest in the State Leases identified in the Freestone POCs.

11. In December 2022, Whitney attempted to transfer four wellbores located in East Bay (Wells Alpha, Beta, Gamma, and Epsilon in the Freestone POCs) and one wellbore located in Garden Island Bay (Delta Well in the Freestone POCs) to Freestone.[5] Whitney was the only debtor party to the 2022 mutual agreement;[6] NOW, GIB, and TEL were not parties.

12. Freestone has not paid its share of the lease operating expenses attributable to the four East Bay Well bores since August 2021. This issue and the net claim of Freestone will be decided at a later point.

### REQUEST FOR RELIEF AND ARGUMENT IN SUPPORT

**A. The NOW POC Should be Denied and Expunged in its Entirety**

13. The Freestone POCs reflect amounts allegedly owed from various agreements pertaining to State Leases in which NOW had no interest and no right to transfer any rights pertaining to same. As stated above, although NOW was a party to the June 2015 agreement attempting to transfer both the Federal and State Leases to NOW and Whitney, EPL Oil & Gas did

---

[5] A copy of the Wellbore Assignments is attached hereto as **Exhibit 5**.
[6] The other party is a non-debtor affiliate, DP South Pass, LLC

{00381472-4}

not own any interest in the State Leases (only EPL Louisiana did) and neither NOW nor Whitney acquired any interest in the State Leases pursuant to the June 2015 agreement.

14. Although the December 2015 agreement listed the correct interest holder as EPL Louisiana, NOW was not a party to that agreement. As such, only Whitney (not NOW), acquired an interest in the State Leases listed in the Freestone POCs.

15. Further, by Freestone's own filings, NOW was not a party to any agreement with Freestone. As such any claims arising from contractual violations should properly be asserted against Whitney (the signatory to the agreements) and not against NOW, GIB, or TEL.

16. Thus, pursuant to 11 U.S.C. § 502(b)(1) the NOW POC should be denied and expunged in its entirety as unenforceable against NOW.

**B. The GIB Claim**

17. Although the GIB Claim asserts the same amount as the other Freestone POCs, it can only arise out of property that belongs to the GIB estate or from contractual dealings by GIB. While GIB does not dispute that it is the record title holder for the Delta Well, it was not part of the December 2022 agreement whereby Whitney attempted to transfer an interest in the Delta Well to Freestone. Whitney did not own any interest in the Delta Well and could not transfer anything pertaining to the Delta Well to Freestone. Nor was GIB a party to *any* agreement with Freestone.

18. Again, GIB concedes that it paid production proceeds to Freestone up to August 2021; however, since that time, Freestone has not paid any operating costs to GIB or Whitney, as operator for the GIB wellbore. In addition to not having any interest in the GIB wellbore, an accounting needs to occur to address the GIB wellbore production proceeds that were paid to Freestone and how to address the unpaid Lease Operating Costs by Freestone.

19. Thus, pursuant to 11 U.S.C. § 502(b)(1), the GIB POC should be denied and expunged in its entirety as unenforceable against GIB because, as to the contractual claims, there is no contractual privity between GIB and Freestone, and to the extent it arises out of any claimed ownership in the Delta Well, Whitney did not have the right to transfer any interest in the Delta Well because it did not own any interest in the first place, and even if Freestone can claim an interest in the Delta Well, it has not paid operating costs since August 2021 and is not entitled to production proceeds.

20. The Debtors reserve all rights to amend this claim objection pending a complete accounting of the GIB wellbore production numbers as well as all unpaid lease operating costs due from Freestone.

**WHEREFORE,** Trimont Energy (NOW), LLC and Trimont Energy (GIB), LLC pray as follows:

a) Proof of Claim 7 in Case No. 23-11868 be disallowed and expunged in its entirety as unenforceable against Trimont Energy (NOW), LLC;

b) Proof of Claim 6 in Case No. 23-11869 be disallowed and expunged in its entirety as unenforceable against Trimont Energy (GIB), LLC; and

c) For such further relief as is just and equitable.

Dated: February 20, 2024

Respectfully submitted,

/s/*Douglas S. Draper*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Michael E. Landis, La Bar No. 36542
Heller, Draper, & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

{00381472-4}

Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Attorneys for Debtors*

### CERTIFICATE OF SERVICE

I, Douglas S. Draper, do hereby certify that I caused the above and foregoing to be served on February 20, 2024 to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- **Julia E. Blewer**   jblewer@davidsonsummers.com
- **Greta M. Brouphy**   gbrouphy@hellerdraper.com, vgamble@hellerdraper.com
- **Jase Brown**   jbrown@csglaw.com
- **Jason M. Cerise**   jcerise@lockelord.com, nobankecf@lockelord.com
- **Scott R. Cheatham**   scott.cheatham@arlaw.com, vicki.owens@arlaw.com
- **Douglas S. Draper**   ddraper@hellerdraper.com, vgamble@hellerdraper.com
- **Cade Evans**   cade@benoitevans.com, celeste@benoitevans.com
- **Elizabeth J. Futrell**   efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com
- **Amanda Burnette George**   Amanda.B.George@usdoj.gov
- **Richard Gladstein**   richard.gladstein@usdoj.gov
- **Julie Harrison**   julie.harrison@nortonrosefulbright.com
- **Jan Marie Hayden**   jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com
- **William Lake Hearne**   lhearne@davidsonsummers.com, mbryant@davidsonsummers.com;jblewer@davidsonsummers.com
- **Katilyn Michelle Hollowell**   katie.hollowell@keanmiller.com
- **Stephen Austin Jones**   sajones@foley.com
- **Brian I. Kantar**   bkantar@csglaw.com
- **William H.L. Kaufman**   whkaufman@ohllc.com, egnormand@ohllc.com
- **Michael E. Landis**   mlandis@hellerdraper.com, Vgamble@hellerdraper.com
- **J. Eric Lockridge**   eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com
- **Ryan E. Manns**   ryan.manns@nortonrosefulbright.com
- **Robert L. Marrero**   office@bobmarrero.com, robert@bobmarrero.com;Marrero.RobertR106702@notify.bestcase.com
- **Caroline McCaffrey**   cmccaffrey@joneswalker.com
- **John A. Mouton**   john@jmoutonlaw.com
- **Dwayne M. Murray**   dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net

{00381472-4}

- **Jonathan Ord**     jord@krebsfarley.com, eleblanc@krebsfarley.com
- **Cayce Peterson**     cayce@jjclaw.com
- **Mike Pipkin**     mpipkin@weinrad.com, scollins@weinrad.com
- **Lacey E Rochester**     lrochester@bakerdonelson.com, jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com
- **Armand Samuels**     asamuels@lawla.com
- **Glenn K. Schreiber**     glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov
- **Ryan Seidemann**     seidemannr@ag.louisiana.gov
- **Patrick M. Shelby**     patrick.shelby@phelps.com, michaela.boudreaux@phelps.com
- **Timothy Thriffiley**     tthriffiley@pivachlaw.com, Mmajchrzak@pivachlaw.com
- **Office of the U.S. Trustee**     USTPRegion05.NR.ECF@usdoj.gov
- **Broocks Wilson**     mack.wilson@keanmiller.com

                                                                                      ***/s/Douglas S. Draper***
                                                                                      Douglas S. Draper

{00381472-4}