UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | |
| Trimont Energy (NOW), LLC[1] | * | Chapter 11 Subchapter V |
| Debtors | * | Case No. 23-11868 |
| ************************************ | | |
| In re: | * | |
| Trimont Energy (GIB), LLC | * | Chapter 11 Subchapter V |
| Debtors | * | Case No. 23-11869 |
| ************************************ | | |
| In re: | * | |
| Trimont Energy Limited, Inc. | * | Chapter 11 |
| Debtors | * | Case No. 23-11872 |
| ************************************ | | |
| In re: | * | |
| Whitney Oil & Gas, LLC | * | Chapter 11 |
| Debtors | * | Case No. 23-11873 |
| ************************************ | | |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 554(a) AUTHORIZING THE ABANDONMENT OF ASSETS OF THE DEBTORS AND GRANTING RELATED RELIEF**

**NOW INTO COURT**, through undersigned counsel, come Trimont Energy (NOW), LLC ("NOW") and Whitney Oil & Gas, LLC ("Whitney" together with NOW, the "Debtors"); who seek an order, substantially in the form attached hereto (the "Proposed Order") authorizing and approving the Debtors to abandon any and all interest of the Debtors or their estates in certain federal oil and gas leases as identified below in paragraph 7 (the "Federal Leases"), including,

---

[1] Trimont Energy (NOW), LLC (#23-11868); Trimont Energy (GIB), LLC (#23-11869); Trimont Energy Limited, Inc. (#23-11872); and Whitney Oil & Gas, LLC (#23-11873) have moved for their bankruptcy cases for joint noticing procedures.

{00381330-10} 1

without limitation, the Debtors' infrastructure, wells, fixtures, and/or equipment located on or at the Federal Leases. The Federal Leases are burdensome to the estate without providing any substantial value or benefit and should be abandoned for the reasons set forth below.

## Jurisdiction and Venue

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b) and this Court may enter a final order consistent with Article III of the United States Constitution. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2. The bases for the relief requested herein are sections 105(a), 554, 1107(a), and 1108 of the United States Bankruptcy Code (11 U.S.C. § 101, *et seq.*), rules 6007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Background

3. On October 25, 2023, NOW filed a voluntary petition under chapter 11 of the Bankruptcy Code and elected to proceed under Subchapter V.

4. On October 26, 2023, Whitney filed a voluntary petition under chapter 11 of the Bankruptcy Code. October 25 and 26, 2023, shall both be referred to as the "Petition Date" as applicable.

5. Both Debtors continue to manage and operate their businesses as debtors in possession pursuant to Sections 1107, 1108, and 1184 of the Bankruptcy Code. No committee of creditors has been appointed in this case.

6. On October 27, 2023, Dwayne Murray was appointed as Subchapter V Trustee in the NOW case.

7. On June 30, 2015, the Debtors, as "Buyer" entered into a Purchase and Sale Agreement (the "East Bay PSA") with EPL Oil & Gas, Inc., as "Seller," pursuant to which the Debtors purchased right, title, and interest to certain oil and gas assets, including certain of the Federal Leases located in the East Bay field.[2] The Federal Leases transferred in the East Bay PSA are as follows:

- Lease BLM 022917 in SP 24
- OCS 352 in SP 27
- OCS 693 in SP 27
- OCS 353 in SP 28
- OCS 694 in SP 28; and
- OCS 697 in SP 37

8. The East Bay PSA was recorded in the Plaquemines Parish Conveyance Records on July 2, 2015, in Book 1343, Page 754, Doc. Id 003400590118.

9. On May 1, 2016, the Whitney entered into a Purchase and Sale Agreement (the "Eugene Island PSA") with Marlin Coastal, LLC and Badger Oil Corporation, as Sellers, pursuant to which Whitney acquired right, title, and interest to certain oil and gas interests, including Lease No. OCS-G 24898 in the Eugene Island Field, Block 123.

10. Since the Petition Date, the Debtors have received Notifications of Incidence of Noncompliance ("INCs") from the Bureau of Safety and Environmental Enforcement ("BSEE") related to facilities located on the Federal Leases.

---

[2] Note that the East Bay PSA attempted to transfer certain State oil and gas leases as well. However, it was subsequently discovered that EPL of Louisiana, LLC ("EPL LA") was the owner of the State Leases and not EPL Oil & Gas. As such, the State Leases did not properly transfer pursuant to the June 30, 2015, East Bay PSA.

11. The INCs also relate to certain federal leases in what is known as the Eugene Island field, which leases have since terminated. Specifically, there are INCs that relate to Federal Leases G24898 and 30234. INC No. G-822 references Lease No. 30330 in South Pass. The Debtors cannot locate a record of that lease. However, a review of the record chain of title shows that Lease No. 30330 has terminated as well. Nevertheless, the Debtors desire to abandon any interest that they may still have in Federal Leases G24898, 30234, and 30330.

12. On December 7, 2023, the Debtors received verbal instruction from BSEE to shut in the wells located on the above identified Federal Leases. On December 8, 2023, the Debtors received a formal order instructing the shut in of all facilities on the affected Federal Leases. The Debtors have ceased operations on the Federal Leases and all wells have been shut in. Notwithstanding that there is no production on the Federal Leases, the Debtors still retain significant obligations and liabilities with respect to the Federal Leases as are shown by the INCs.

13. The Debtors remain responsible for the decommissioning process, which would cost the Debtors and their estates millions of dollars that the estates do not have. As such, the estates simply cannot pay for a full and proper decommissioning of the well sites on the Federal Leases and would only pose a continued threat to the public and the environment if they remained in the Debtors' possession.

14. Again, the properties on the Federal Leases have all been shut in and are not generating any revenue for the Debtors. As a result, the Debtors seek, in their business judgment, to abandon all interest in the Federal Leases.

15. On information and belief, the following entities are the last in the chain of title for the Federal Leases, issued decommissioning bonds, or may have issued security to third parties for obligations incident to the Federal Leases. Each one of the entities listed herein has been advised

of this Motion and issues related to the decommissioning obligations in connection with the Federal Leases:

- EPL Oil & Gas, Inc.
- Marlin Coastal, L.L.C.
- Badger Oil Corporation
- RLI Insurance Company
- Evergreen National Indemnity
- US Fire Insurance Company
- Sirius American Insurance
- Devon Energy

16. Since the filing of the bankruptcy cases, the debtors have attempted to engage the entities listed in Paragraph 15 to address the INCs and the decommissioning obligations on the Federal Leases, including discussions with representatives of prior lessee, Devon Energy, and bond company, RLI Insurance Company. *See* 30 C.F.R. 250 Subpart Q – Decomissioning Activities, §§ 250.1700-250.1754. The debtors had hoped to quickly reach an agreement with these parties and then present a package to BSEE that resulted in a consensual abandonment as well as a unified group to address the decommissioning obligations due under the leases. However, despite the efforts of the parties, to date, they have not reached a decommissioning agreement to ensure an appropriate transition of responsibility for the INCs and other obligations of the Federal Leases to the prior legacy owners, including the regarding the bonds that were issued to provide the requisite funds needed to resolve the current issues and future liabilities under the Federal Leases. There also is sole liability associated with certain of the leases that needs to be resolved.

{00381330-10} 5

**Basis for Relief**

17. Section 554 of the Bankruptcy Code allows a debtor to "abandon any property of the estate that is burdening to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a). The assets associated with the Federal Leases are no longer producing and are therefore not profitable to the estate. Further, continued compliance with federal laws and regulations without the benefit of production would result in significant costs and liabilities to the estates that they cannot afford. The simple truth is that the Debtors do not have sufficient funds or liquidity to properly maintain their obligations under the Federal Leases.

18. Under *Midlantic Nat. Bank v. New Jersey Dep't of Env't Prot.*, 474 U.S. 494, 507 (1986), a trustee may not abandon property in contravention of a state statute or regulation that is reasonably designed to protect the public health or safety from identified hazards. *Accord In the Matter of H.L.S. Energy Co., Inc., v, State of Texas*, 151 F. 3d 434 (5th 1998). However, *Midlantic* "certainly did not hold that such property may not be abandoned where abandonment would be consistent with (and perhaps in furtherance of) an environmental regulatory scheme." *In re ATP Oil & Gas Corp.*, No. 12-36187, 2013 Bankr. LEXIS 2608, at *5 (Bankr. S.D. Tex. June 19, 2013).

19. The Debtors are communicating both with BSEE, previous title holders to the Federal Leases, and the sureties in order to ensure that there is an orderly process for transferring responsibility for decommissioning from the Debtors to the appropriate entity to mitigate against potential hazards. The Debtors intend to (i) promptly provide the appropriate entity(ies) with all relevant files, documents, analyses, and related materials in their possession, custody, or control that such may reasonably request to support an orderly transfer of maintenance, monitoring, and decommissioning to such entity, (ii) promptly make available during normal business hours all relevant personnel of the Debtors as reasonably requested by the responsible entity to answer

questions and to provide information as reasonably requested by such entity, (iii) promptly provide to any responsible entity and its contractors effective cooperation regarding physical access to the facilities associated with the Identified Properties so that such entity is prepared to manage the maintenance, monitoring, and ultimate decommissioning as soon as practicable after entry of the Proposed Order, (iv) promptly execute any documentation reasonably requested to facilitate its agreement to commence maintenance, monitoring, and ultimate decommissioning of the Federal Leases and to satisfy the regulatory process, in each case for carrying out the purposes of the Proposed Order, and (v) work with all entities to determine the most expeditious date to responsibly transfer custody and control of the Identified Properties to the next responsible entity.

20. As such, because the Federal Leases are burdensome to the estates, the Debtors request authority to abandon any and all continuing interests they have or may have in the Federal Leases in compliance with applicable law and regulations and after the sureties and/or prior lessees have assumed and agreed to their regulatory responsibility for the maintenance, monitoring, and decommissioning of the wells on the Federal Leases.

## Notice

21. Notice of this Motion will be given to: (a) the Office of the U.S. Trustee; (b) the parties on the Debtors' list of the holders of the twenty (20) largest unsecured claims against the Debtors; (c) counsel to the Cash Collateral Creditors, Shell Trading US Company; (d) the United States Attorney's Office for the Eastern District of Louisiana; (e) the United States Attorney General; (f) the Internal Revenue Service; (g) the Bureau of Safety and Environmental Enforcement; (h) the Environmental Protection Agency and the Louisiana Department of Environmental Quality; (i) the Louisiana Attorney General; (j) the Department of the Interior; (k) the Subchapter V Trustee; (l) all parties identified in paragraph 15 above; and (m) all parties that

have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors submit that no other or further notice is required or needed under the circumstances.

Wherefore, the Debtors request that the Court enter an order granting the relief requested in this Motion and granting such other and further relief as is appropriate under the circumstances.

Respectfully submitted:

*/s/Douglas S. Draper*
**HELLER, DRAPER & HORN, LLC**
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La. Bar No. 36542
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Tel: (504) 299-3300
Fax: (504) 299-3399
Email: ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com
mlandis@hellerdraper.com

*Counsel for the Debtors*

I, Douglas S. Draper, do hereby certify that I caused the above and foregoing to be served on April 24th, 2024, to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- **Julia E. Blewer**   jblewer@davidsonsummers.com
- **Greta M. Brouphy**   gbrouphy@hellerdraper.com, vgamble@hellerdraper.com
- **Jase Brown**   jbrown@csglaw.com
- **Jason M. Cerise**   jcerise@lockelord.com, nobankecf@lockelord.com
- **Scott R. Cheatham**   scott.cheatham@arlaw.com, vicki.owens@arlaw.com
- **Douglas S. Draper**   ddraper@hellerdraper.com, vgamble@hellerdraper.com
- **Cade Evans**   cade@benoitevans.com, celeste@benoitevans.com
- **Elizabeth J. Futrell**   efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com

{00381330-10}                              8

- **Amanda Burnette George**   Amanda.B.George@usdoj.gov
- **Markus E. Gerdes**   markus@gerdeslaw.net, angel@gerdeslaw.net;gerdeslawfirmllc@gmail.com;gerdesmr55083@notify.bestcase.com
- **Richard Gladstein**   richard.gladstein@usdoj.gov
- **Jefferson Briscoe Goldman**   jgoldman@gamb.com
- **Julie Harrison**   julie.harrison@nortonrosefulbright.com
- **Jan Marie Hayden**   jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com
- **William Lake Hearne**   lhearne@davidsonsummers.com, mbryant@davidsonsummers.com;jblewer@davidsonsummers.com
- **Katilyn Michelle Hollowell**   katie.hollowell@keanmiller.com
- **Stephen Austin Jones**   sajones@foley.com
- **Benjamin Kadden**   bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- **Brian I. Kantar**   bkantar@csglaw.com
- **William H.L. Kaufman**   mncastille@ohllc.com, mfclavier@ohllc.com;rsdupont@ohllc.com
- **Michael E. Landis**   mlandis@hellerdraper.com, Vgamble@hellerdraper.com
- **J. Eric Lockridge**   eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com
- **Ryan E. Manns**   ryan.manns@nortonrosefulbright.com
- **Robert L. Marrero**   office@bobmarrero.com, robert@bobmarrero.com;Marrero.RobertR106702@notify.bestcase.com
- **Caroline McCaffrey**   cmccaffrey@joneswalker.com
- **John A. Mouton**   john@jmoutonlaw.com
- **Dwayne M. Murray**   dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net
- **Matthew Okin**   mokin@okinadams.com
- **Jonathan Ord**   jord@krebsfarley.com, eleblanc@krebsfarley.com
- **Cayce Peterson**   cayce@jjclaw.com
- **Mike Pipkin**   mpipkin@weinrad.com, scollins@weinrad.com
- **Lacey E Rochester**   lrochester@bakerdonelson.com, jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com
- **Armand Samuels**   asamuels@lawla.com
- **Glenn K. Schreiber**   glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov
- **Ryan Seidemann**   seidemannr@ag.louisiana.gov
- **Patrick M. Shelby**   patrick.shelby@phelps.com

- **Timothy Thriffiley**  tthriffiley@pivachlaw.com, Mmajchrzak@pivachlaw.com
- **Office of the U.S. Trustee**  USTPRegion05.NR.ECF@usdoj.gov
- **Broocks Wilson**  mack.wilson@keanmiller.comJulia E. Blewer  jblewer@davidsonsummers.com
- Greta M. Brouphy  gbrouphy@hellerdraper.com, vgamble@hellerdraper.com
- Jase Brown  jbrown@csglaw.com
- Jason M. Cerise  jcerise@lockelord.com, nobankecf@lockelord.com
- Scott R. Cheatham  scott.cheatham@arlaw.com, vicki.owens@arlaw.com
- Douglas S. Draper  ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Cade Evans  cade@benoitevans.com, celeste@benoitevans.com
- Elizabeth J. Futrell  efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com
- Amanda Burnette George  Amanda.B.George@usdoj.gov
- Markus E. Gerdes  markus@gerdeslaw.net, angel@gerdeslaw.net;gerdeslawfirmllc@gmail.com;gerdesmr55083@notify.bestcase.com
- Richard Gladstein  richard.gladstein@usdoj.gov
- Jefferson Briscoe Goldman  jgoldman@gamb.com
- Julie Harrison  julie.harrison@nortonrosefulbright.com
- Jan Marie Hayden  jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com
- William Lake Hearne  lhearne@davidsonsummers.com, mbryant@davidsonsummers.com;jblewer@davidsonsummers.com
- Katilyn Michelle Hollowell  katie.hollowell@keanmiller.com
- Stephen Austin Jones  sajones@foley.com
- Benjamin Kadden  bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- Brian I. Kantar  bkantar@csglaw.com
- William H.L. Kaufman  mncastille@ohllc.com, mfclavier@ohllc.com;rsdupont@ohllc.com
- Michael E. Landis  mlandis@hellerdraper.com, Vgamble@hellerdraper.com
- J. Eric Lockridge  eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com
- Ryan E. Manns  ryan.manns@nortonrosefulbright.com
- Robert L. Marrero  office@bobmarrero.com, robert@bobmarrero.com;Marrero.RobertR106702@notify.bestcase.com
- Caroline McCaffrey  cmccaffrey@joneswalker.com
- John A. Mouton  john@jmoutonlaw.com
- Dwayne M. Murray  dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net

- Matthew Okin   mokin@okinadams.com
- Jonathan Ord   jord@krebsfarley.com, eleblanc@krebsfarley.com
- Cayce Peterson   cayce@jjclaw.com
- Mike Pipkin   mpipkin@weinrad.com, scollins@weinrad.com
- Lacey E Rochester   lrochester@bakerdonelson.com, jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com
- Armand Samuels   asamuels@lawla.com
- Glenn K. Schreiber   glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov
- Ryan Seidemann   seidemannr@ag.louisiana.gov
- Patrick M. Shelby   patrick.shelby@phelps.com
- Timothy Thriffiley   tthriffiley@pivachlaw.com, Mmajchrzak@pivachlaw.com
- Office of the U.S. Trustee   USTPRegion05.NR.ECF@usdoj.gov
- Broocks Wilson   mack.wilson@keanmiller.com

I, also hereby certify that I caused a copy of the above and foregoing to be served by Docusource on the 24th day of April 2024, to all parties properly addressed with U.S. first class prepaid postage on the attached Mailing Matrix.

*/s/Douglas S. Draper*
Douglas S. Draper