UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | |
| Trimont Energy (NOW), LLC[1] | * | Chapter 11 Subchapter V |
| Debtor | * | Case No. 23-11868 |
| ************************************ | | |
| In re: | * | |
| Trimont Energy (GIB), LLC | * | Chapter 11 Subchapter V |
| Debtor | * | Case No. 23-11869 |
| ************************************ | | |
| In re: | * | |
| Trimont Energy Limited, Inc. | * | Chapter 11 |
| Debtor | * | Case No. 23-11872 |
| ************************************ | | |
| In re: | * | |
| Whitney Oil & Gas, LLC | * | Chapter 11 |
| Debtor | * | Case No. 23-11873 |
| ************************************ | | |

## NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT** through undersigned counsel, comes Trimont Energy (NOW) 23-11868; Trimont Energy (GIB) 23-11869; Trimont Energy Limited, Inc, 23-11872; and Whitney

---

[1] Trimont Energy (NOW), LLC (#23-11868); Trimont Energy (GIB), LLC (#23-11869); Trimont Energy Limited, Inc. (#23-11872); and Whitney Oil & Gas, LLC (#23-11873) have moved for their bankruptcy cases for joint noticing procedures.

{00382394-1}

Oil & Gas, LLC, 23-11873(Debtor's), who hereby file this Notice of Change of address to correct the Court's records. The change is as follows:

| **Current Matrix Address** | **NEW Mailing Address** |
|---|---|
| 920 Memorial City Way Ste 200 | 820 Gessner Rd Ste 1645 |
| Houston, TX 77024 | Houston, TX 77024 |

Dated: August 16th, 2024

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La. Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
**Counsel for Debtor**

## CERTIFICATE OF SERVICE

I do hereby certify that I caused a copy of the above and foregoing to be served to all parties via this Court's ECF Electronic Notification System on this 16th day of August 2024, to the following:

- Brandon K. Bains    brandon@bainslaw.com
- David M Bennett    david.bennett@hklaw.com
- Julia E. Blewer    jblewer@davidsonsummers.com
- Florence Bonaccorso-Saenz    FBS-ECFNotices@la.gov
- Greta M. Brouphy    gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

{00382394-1}

- Jase Brown    jbrown@csglaw.com
- Jason M. Cerise    jcerise@lockelord.com, nobankecf@lockelord.com
- Scott R. Cheatham    scott.cheatham@arlaw.com, vicki.owens@arlaw.com
- David Curry    dcurry@okinadams.com
- Douglas S. Draper    ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Cade Evans    cade@benoitevans.com, celeste@benoitevans.com
- Elizabeth J. Futrell    efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com
- Amanda Burnette George    Amanda.B.George@usdoj.gov
- Richard Gladstein    richard.gladstein@usdoj.gov
- Jefferson Briscoe Goldman    jgoldman@gamb.com
- Olivia Greenberg    ogreenberg@joneswalker.com, olivia-obrien-9200@ecf.pacerpro.com
- Julie Harrison    julie.harrison@nortonrosefulbright.com
- William Lake Hearne    lhearne@davidsonsummers.com, mbryant@davidsonsummers.com;jblewer@davidsonsummers.com
- Katilyn Michelle Hollowell    katie.hollowell@keanmiller.com
- Stephen Austin Jones    sajones@foley.com
- Benjamin Kadden    bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- Brian I. Kantar    bkantar@csglaw.com
- William H.L. Kaufman    whlkaufman@ohllc.com, rsdupont@ohllc.com;mncastille@ohllc.com
- Michael E. Landis    mlandis@hellerdraper.com, Vgamble@hellerdraper.com
- Caroline M. Lee    cmccaffrey@joneswalker.com
- Steven J. Levitt    steven.levitt@hklaw.com
- J. Eric Lockridge    eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com
- Ryan E. Manns    ryan.manns@nortonrosefulbright.com
- Robert L. Marrero    office@bobmarrero.com, robert@bobmarrero.com;Marrero.RobertR106702@notify.bestcase.com
- Lauren C. Mastio    lmastio@joneswalker.com
- Brent R. McIlwain    brent.mcilwain@hklaw.com, brian.smith@hklaw.com;robert.jones@hklaw.com
- John A. Mouton    john@jmoutonlaw.com
- Dwayne M. Murray    dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net
- Matthew Okin    mokin@okinadams.com, bmoore@okinadams.com
- Jonathan Ord    jord@krebsfarley.com, eleblanc@krebsfarley.com
- Cayce Peterson    cayce@jjclaw.com
- Mike Pipkin    mpipkin@weinrad.com, scollins@weinrad.com
- Lacey E Rochester    lrochester@bakerdonelson.com, jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com

{00382394-1}

- Armand Samuels    asamuels@lawla.com
- Glenn K. Schreiber    glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov
- Patrick M. Shelby    patrick.shelby@phelps.com
- Timothy Thriffiley    tthriffiley@pivachlaw.com, Mmajchrzak@pivachlaw.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
- R. Patrick Vance    pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- Broocks Wilson    mack.wilson@keanmiller.com

*/s/Greta M. Brouphy*
Greta M. Brouphy

{00382394-1}